UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
THE ANNUITY, PENSION, WELFARE and TRAINING
FUNDS of the INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 14-14B, AFL-CIO,
by its TRUSTEES EDWIN L. CHRISTIAN, CHRIS
CONFREY, JOHN CRONIN, DON DeNARDO, JOHN
HYERS, DANIEL NOESGES, DENISE M.
RICHARDSON and JOHN F. O'HARE,

                        Plaintiffs,

-against-

INTEGRATED STRUCTURES CORP.,

                        Defendant.
---------------------------------------------------------------- X

10-CV-2023 (ARR)(VVP)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 18, 2011 from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

1

Therefore, the court grants plaintiffs' motion for default and awards damages in the following amounts, as detailed in Judge Pohorelsky's Report and Recommendation:

1. Unpaid benefit fund contributions in the amount of $1,377.60;

2. Interest of $283.98 through February 8, 2011, plus $0.23 per day thereafter to the date of judgment;

3. Liquidated damages in the amount of $283.98 through February 8, 2011, plus $0.23 per day thereafter to the date of judgment; and

4. Attorney's fees and costs in the amount of $1541.00.

Counsel for plaintiffs is directed to serve a copy of this order on defendants by regular mail and file proof of such service with the court.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: March 14, 2011
Brooklyn, New York